ACCEPTED
12-15-00091-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
9/4/2015 6:31:00 PM
Pam Estes
CLERK

## 12-15-00091-CR

| | | |
|---|---|---|
| **CHRISTOPHER MCLEMORE** | § | **IN THE COURT OF APPEALS** |
| **vs.** | § | **12th JUDICIAL DISTRICT** |
| **STATE OF TEXAS** | § | **TYLER, TEXAS** |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
9/4/2015 6:31:00 PM
PAM ESTES
Clerk

## MOTION TO WITHDRAW

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes James Huggler, Counsel for the Appellant, in the above styled and numbered causes, and would show the Court as follows:

### I. Factual and Procedural Background

Counsel was appointed to serve as appellate counsel in these matters on April 15, 2015. The Brief of the Appellant is due on September 4, 2015.

### II. Grounds for Withdrawal

Counsel has reviewed the Clerk's Record and the Court Reporter's Record in these cases. Following a professional evaluation of the record, it is Counsel's opinion that there is no valid issue to present to this Court, and that the record contains no reversible error or jurisdictional defects. Counsel has filed an Appellant's Brief in accordance with *Anders v. California*, 386 U.S. 738 (1967). Finding no valid issue to present to the Court, Counsel seeks to withdraw.

Counsel has sent Appellant explaining his rights, and the ability to pursue his own appeal, and a motion to obtain the record if he desires to do so in this matter, and attaches a copy of that letter as Exhibit A to this Motion.

### III. Prayer for Relief

Counsel requests that he be allowed to withdraw, and for other such relief as the Court may deem appropriate.

Respectfully submitted,

Law Office of James W. Huggler, Jr.
100 E. Ferguson, Suite 805
Tyler, Texas 75702
Tel: (903) 593-2400
Fax: (903) 593-3830


By: /S/ James W. Huggler, Jr.
    James Huggler
    State Bar No. 00795437
    Attorney for Appellant

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion has been delivered to Michael West, Counsel for the State, and the Appellant, Christopher McLemore, at the addresses listed below on this the 4th day of September, 2015 by hand delivery or regular mail or the State of Texas electronic filing system. Counsel also certified that he has provided Christopher McLemore, a motion to obtain the record if he so chooses.

/S/ James W. Huggler, Jr.
James Huggler


Michael West
Smith County District Attorney's Office
100 North Broadway, 4th Floor
Tyler, Texas 75702

Christopher McLemore
c/o Cherokee County Jail
272 Underwood
Rusk, Texas 75785

# Exhibit A

# Letter to Christopher McLemore

# JAMES W. HUGGLER, JR.

## ATTORNEY AT LAW

Board Certified in Criminal Law
Board Certified in Criminal Appellate Law

Texas Board of Legal Specialization

September 4, 2015

Christopher McLemore
c/o Cherokee County Jail
272 Underwood
Rusk, Texas 75785

RE:     Christopher McLemore v. State
         Appeal Number: 12-15-00091-CR
         Trial Number: 114-0656-11

Dear Mr. McLemore,

I am sending you a copy of the Appellant's Brief and a Motion to Withdraw that I have filed with the Twelfth Court of Appeals in this matter. I have thoroughly reviewed the record, and have found no reversible error or jurisdictional defect in these cases. However, you may choose to file a Brief of your own in these matters. I am also sending you a motion to obtain access to the record for your use. If you desire to file your own brief in the case, please sign the motion to allow access to the record, and return it to me immediately and I will make the necessary copies and file the document for you. If you have any questions, please feel free to contact me.

Sincerely,

James Huggler

Enclosures:     Appellant's Brief
                 Motion to Withdraw
                 Appellant's Motion to Obtain Record

C:\data\Corel User Files\Clients\APPEALS\McLemore, Christopher\Client.Brief.wpd